JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOMEN ALAYOUB,

Petitioner,

v.

WARDEN FACILITY
ADMINISTRATOR OF THE
ADELANTO DETENTION CENTER
et al,

Respondent.

Case No. 5:26-cv-02309-MAR

JUDGMENT

Pursuant to the Order Granting Petition for Habeas Corpus and Order Immediate Release, **IT IS HEREBY ADJUDGED** this Petition is **GRANTED**. Respondents are **ORDERED** to immediately release Petitioner **Momen Alayoub (A# 226 046 586)** from custody on his prior conditions of release and immediately return any confiscated property or documents.  Respondents are **ORDERED** not to re-detain Petitioner without first providing Petitioner at least seven days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the government bears the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community, and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of

the community.  The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: July 1, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

2